IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD NICHOLAS WRIGHT | : | CIVIL ACTION |
| v. | : | |
| PAUL K. SMEAL, et al. | : | No. 08-2073 |

**O R D E R**

AND NOW, this 23rd day of December, 2009, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), the response thereto (Doc. No. 8), and petitioner's reply (Doc. No. 20), it is hereby **ORDERED** that for the reasons set forth above, the Petition is **DENIED WITH PREJUDICE AND WITHOUT A HEARING.**

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

/s Lowell A. Reed, Jr.
LOWELL A. REED, JR., Sr. J.